

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

**GERALD C. MANN**
**ATTORNEY GENERAL**

Honorable Bayne Satterfield
Firemen's Pension Commissioner
State Capitol Building
Austin, Texas

Dear Sir:

Opinion No. O-3514
Re: Retirement on disabil-
ity under the Firemen's
Relief Pension Fund.

This will acknowledge receipt of your recent letter
which reads in part as follows:

"One of the Boards of Trustees of a parti-
cipating fire department in the State-wide Dis-
ability and Retirement set-up, as provided in
Article 6243-e of the Revised Civil Statutes of
Texas, has received an application for a dis-
ability retirement, a copy of which is attached
hereto. Applicant has served 10 years as an
active fireman and is 55 years of age.

"As shown on the application, Form # 620,
his disability is given as Carcinoma of the throat.
The application is accompanied by certificates of
two physicians and the certificates are properly
notarized; copies of the certificates are also at-
tached. Please give us your opinion as to whether
or not disability benefits may be granted by the
Board on the basis of this application and the
two certificates of the physicians."

We quote in part from Article 6243e, Vernon's
Annotated Civil Statutes as follows:

". . . .

"Sec. 7. Whenever a person serving as an
active fireman duly enrolled in any regularly
active fire department in any city or town in
the State, not within, or that may hereafter
come within the provisions of this Act, shall
become physically or mentally disabled while
in and/or in consequence of, the performance
of his duty, said Board of Trustees may, upon
his request, or without such request if it shall
deem proper and for the good of the department,
retire such person from active service either
upon total or partial disability as the case may
warrant. . . .

". . . .

"Sec. 9. No person shall be retired either
for total or temporary disability, except as
herein provided, nor receive any allowance from
said Fund, unless and until there shall have been
filed with the Board of Trustees, certificates of
his disability or eligibility signed and sworn to
by said person and/or by the city or town physi-
cian, if there be one, or if none, then by any
physician selected by the Board of Trustees.
Said Board of Trustees, in its discretion, may
require other or additional evidence of disabil-
ity before ordering such retirement or payment
aforesaid.

". . . .

"Sec. 21. . . . Any fireman joining any
regularly organized fire department coming
within the provisions of this Act after ef-
fective date hereof shall not be entitled to
benefits hereunder until he shall have served
one year continuously.

". . . ."

In view of the above quoted portions of Article 6243e, supra, a person to be eligible for retirement from active service because of physical or mental disability must meet certain prescribed requirements. He must be an active fireman duly enrolled in an active fire department in any city or town that comes within the provisions of this act. His disability must have arisen in the performance of his duty. It is necessary that he file with the Board of Trustees of his city a certificate of his disability or eligibility signed and sworn to, together with a certificate of the city or town physician, if there be one, or if none, then by a physician selected by the Board of Trustees, such certificate to be signed and sworn to by said physician showing the disability of the applicant. With these prerequisites in mind, we turn and look to the submitted application, a copy of which, omitting personalities, is attached hereto.

The applicant has shown that he is an active fireman duly enrolled in an active fire department participating in the Firemen's Relief and Pension Fund. With reference to his disability, he has sworn as follows:

"I am physically and/or mentally disabled and incapacitated for service in said fire department at the present time; said disability being the result of, and/or in consequence of, the performance of my duty . . ." (Underscoring ours)

We believe the use of the underscored symbol or words renders the affidavit insufficient for the want of definiteness. The authorities, especially the more recent, condemn the use of the words "and/or" as unintelligible, meaningless and are such words that lead to uncertainity of understanding. See 3 Words & Phrases p. 450 and p. 70 of the 1943 Supplement thereto. The applicant should say that he is physically disabled, etc., or that he is mentally disabled, etc.; that his disability arose in the performance of his duty or that it was a consequence of the performance of his duty.

We notice that the certificate of the physician is a city physician not of the city or town in which the applicant is a fireman. As we interpret Section 9, heretofore quoted, the certificate of the applicant must be accompanied by a certificate of the city or town physician of the city or town in which the person is a fireman, and if there be none, then by any physician selected by the Board of Trustees. If the city where the applicant is fireman has a city physician, the accompanying affidavit must be made by him, but if such city has no city physician, then any doctor selected by the Board may make the affidavit, however, such fact should appear on one of the certificates filed.

Questions of fact as to whether the applicant is properly enrolled in a fire department participating in the Pension Fund, whether he is disabled, whether he became physically or mentally disabled while in or in consequence of the performance of his duty, and other related questions are solely determinable by the Board of Trustees. After the certificates have been filed in accordance with the provisions of Section 9, supra, the Board of Trustees, in their discretion, may require other or additional evidence of disability before ordering such retirement or payment under the Pension system.

We trust the foregoing answers your question.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By _Fred C. Chandler_
Fred C. Chandler
Assistant

APPROVED SEP 9, 1943

_Gerald C. Mann_
ATTORNEY GENERAL OF TEXAS

By _Robert O. Koch_
Robert O. Koch

ROK:fo



APPROVED
OPINION
COMMITTEE
BY _BWB_
CHAIRMAN

_____ 194___

BOARD OF TRUSTEES,
FIREMEN'S RELIEF AND RETIREMENT FUND,
_____, TEXAS.

STATE FIREMEN'S PENSION COMMISSIONER,
AUSTIN, TEXAS.

GENTLEMEN:

I hereby make application for disability benefits
from the Board of Firemen's Relief and Retirement Fund Trustees
as provided in Article 6243-E of the Revised Civil Statutes of
Texas, better known as H. B. 258, Acts of the 45th Legislature,
Regular Session, 1937. I further certify that I am qualified
and entitled to receive said benefits for the following reasons:

1. I am now, and have been for more than one year, an
active fireman duly appointed and enrolled in the
_____ fire department, and that I am a par-
ticipating member in the Firemen's Relief and Retire-
ment system of said fire department.

2. I am physically and/or mentally disabled and incapac-
itated for service in said fire department at the pre-
sent time; said disability being the result of, and/or
in consequence of, the performance of my duty as a
fireman of said fire department. My disability is of
the following nature and was incurred in the following
manner: _____
_____

3. I have submitted myself for examination by Dr. _____
_____, City Physician of _____,
Texas, and the certificate of said physician, duly sub-
scribed and sworn to, showing my disability, is attached
hereto and made part of this application.

4. On the last date of my tenure of service, I held the
rank of _____ in said fire department at a salary
of $_____ per month. (If volunteer, write "volunteer"
in place for dollars per month) My actual salary re-
ceived during the 5 years immediately preceding date of

disability was $\underline{\hspace{2cm}}$. The yearly average be-
ing $\underline{\hspace{2cm}}$.

I, therefore, respectfully request this Honorable Board
to grant benefits to me in accordance with Sections 7 and/or
8 of the above Act. I claim benefits as follows: Hospital
Fee $\underline{\hspace{1cm}}$; physician's account $\underline{\hspace{1cm}}$; Surgeon's account
$\underline{\hspace{1cm}}$; Nurse's account $\underline{\hspace{1cm}}$; medical account $\underline{\hspace{1cm}}$;
all of which are represented by itemized and verified bills
attached hereto and totaling $\underline{\hspace{2cm}}$. In addition to the
above, I am entitled to $\underline{\hspace{1cm}}$ per week (per month) in ac-
cordance with said Section 7 and/or 8 until such disability
shall cease.

$\underline{\hspace{4cm}}$
APPLICANT

STATE OF TEXAS
COUNTY OF $\underline{\hspace{3cm}}$

SUBSCRIBED AND sworn to before me, the undersigned
authority, a Notary Public in and for said County and State,
on this, the $\underline{\hspace{1.5cm}}$ day of $\underline{\hspace{3cm}}$ A. D. 194$\underline{\hspace{0.5cm}}$.

$\underline{\hspace{4cm}}$
NOTARY PUBLIC in and for
$\underline{\hspace{3cm}}$ County, Texas